**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE:  **ANDREW DWIGHT MARSHALL**
       **DEBORAH LYNN MARSHALL**       Case Number: **17-56722-MAR**
                                                Chapter 13
Debtor.                                                        Judge **RANDON**
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI  48093
(248) 443-7033
_____/

**OBJECTION TO PROOF OF MICHIGAN DEPARTMENT OF TREASURY
(PACER CLAIM 21)**

     Debtors, by and through counsel, Acclaim Legal Services, PLLC, object to the proof of claim of  Michigan Department of Treasury   and state as follows:

1. Debtors filed a Chapter 13 Bankruptcy on December 5, 2017.
2. Creditor, Michigan Department of Treasury, filed proof of claim #21 on April 20, 2018.
3. Creditor filed its proof of claim reflecting 2014, 2015 and 2016 Tax liabilities owed by both Debtors.
4. The Debtors also owe Michigan Department of Treasury taxes for the 2017 tax year in the amount of $781.00 which is not included in the Proof of Claim.
5. The liabilities should be included in the Proof of Claim.

Wherefore, Debtors pray the Court grant the objection and deem the claim allowed in the total amount of $3,066.60 with $2,745.10 entitled to priority pursuant to 11 USC 507(a)(8) and $321.50 as a general unsecured claim.

Dated: March 14, 2019                    /s/ Brian D. Rodriguez
                                          Brian D. Rodriguez  (P57194)
                                          Acclaim Legal Services, PLLC
                                          8900 E. 13 Mile Road
                                          Warren, MI  48093
                                          (248) 443-7033
                                          filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ANDREW DWIGHT MARSHALL**
       **DEBORAH LYNN MARSHALL**     Case Number: **17-56722-MAR**
                                                                    Chapter 13
Debtor.                                                                      Judge **RANDON**
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

**PROPOSED
ORDER GRANTING OBJECTION TO PROOF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM 21)**

      This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a (33) day notice pursuant to Bankruptcy Rule 3007, a Notice of Objection having been served and a certificate of non-response having been filed with the court;

      NOW THEREFORE IT IS HEREBY ORDERED THAT;

      The objection to the Proof of Claim filed by the above referenced creditor is hereby granted. To the extent that the Standing Chapter 13 Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup the same.

      IT IS FURTHER ORDERED AS FOLLOWS: (Only provisions checked below apply)

[X]     The proof of claim of the Michigan Department of Treasury shall include the Debtor's 2017 income tax liability and be deemed allowed in the total amount of $3,066.60 with $2,745.10 entitled to priority pursuant to 11 USC 507(a)(8) and $321.50 as a general unsecured claim.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ANDREW DWIGHT MARSHALL**
**DEBORAH LYNN MARSHALL**     Case Number: **17-56722-MAR**
    Chapter 13
Debtor.     Judge **RANDON**

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## NOTICE OF OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM 21)

Debtors have filed an objection to the claim in this bankruptcy case.

Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before **April 17, 2019**, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:

    United States Bankruptcy Court
    211 West Fort Street, Suite 2100
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleading electronically.

    You must also mail a copy to:

    William D. Johnson
    Acclaim Legal Services, PLLC
    8900 E. 13 Mile Road
    Warren, MI 48093

Krispen S. Carroll , Chapter 13 Standing Trustee
719 Griswold, Suite 1100
Detroit, MI 48226

Michigan Department of Treasury
P.O. Box 30168
Lansing MI 48909

2. Attend a hearing on the objection, scheduled to be held on **Wednesday April 24, 2019 at 12:00 pm** in The Honorable Judge Randon's Courtroom 1825 at 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: March 14, 2019
/s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ANDREW DWIGHT MARSHALL**
**DEBORAH LYNN MARSHALL**  Case Number: **17-56722-MAR**
Chapter 13
Debtor.  Judge **RANDON**

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI  48093
(248) 443-7033
_____/

## PROOF OF SERVICE

Leanna B. Sikes , hereby certifies that on March 14, 2019 she served a copy of the following documents electronically or by United States Postal Service:

- Objection to Proof of Claim
- Notice of Objection to Proof of Claim
- Proof of service

Upon:  Krispen S. Carroll , Chapter 13 Standing Trustee
719 Griswold, Suite 1100
Detroit, MI  48226

Michigan Department of Treasury
P.O. Box 30168
Lansing MI 48909

Dated: March 14, 2019  /s/ Leanna B. Sikes
Leanna B. Sikes
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI  48093
(248) 443-7033
filing@acclaimlegalservices.com